IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:15-cv-1228-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| M.L. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On September 22, 2017, the court directed plaintiff to show cause why this action should not be dismissed in its entirety. Plaintiff filed a response and requested voluntary dismissal of this action, without prejudice. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: October 11, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE